# United States District Court
# District of Massachusetts

ROBERT GORMAN,
        Plaintiff,

        v.                CIVIL ACTION NO. 2012-10989-RWZ

YANKEE CLIPPER COUNCIL, INC.,
        Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

**COLLINGS, U.S.M.J.**

        A mediation was set for January 7, 2014 at Boston, Massachusetts.

        However, before the mediation was held, the case was SETTLED by the parties.

        Your Clerk should issue a 60-day Order.

January 6, 2014                *Robert B. Collings*
    DATE                          ROBERT B. COLLINGS
                                      United States Magistrate Judge

Copy to:    Judge Zobel
                Brendan Garvin, Esquire
                Counsel for all parties.